FILED



# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION
#### www.flmb.uscourts.gov

2020 MAY 27 PM 2:24

CLERK US
FILE

In re:                                              Chapter 7

BENJAMIN H. YORMAK,                                 Case No.: 9:15-bk-04241-FMD

        Debtor.                                 Judge Caryl E. Delano
_____/

2:20-cv-385-FtM-38

## AMENDED NOTICE OF APPEAL

### Part 1:  Identify the appellant

Chapter 7

    1.    Name of appellant: Creditor Steven R Yormak

    2.    Position of appellant in the adversary proceeding or bankruptcy case that is the subject of this appeal:  Creditor

### Part 2:  Identify the subject of this appeal

    1.    Describe the judgment, order, or decree appealed from:

> -Order Overruling Creditor Objection To Trustee Motion To Approve Compromise of Controversy with Debtor, Buckner and Miles, P.A. and Hagens Berman Sobol Shapiro LLP. , relating to Compromise in *Wave Lengths Hair Salons v. CBL & Associates Properties, Inc.* Case No. 2:16-cv-00206  regarding Debtor Class Counsel Fees;
> -April 23, 2020 denial (DE  735)
> -April 29, 2020 Reconsideration denial (DE 751)

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys:

    1.    Benjamin H. Yormak (Debtor)
        16221 Camden Lakes Circle
        Naples, FL  34110
    2.    Richard Hollander (Debtor Counsel)
        5278 Golden Gate Parkway, Suite 2
        Naples, FL  34116
        (T) 239-775-2000

1

3.    Robert E. Tardif, Jr. (Trustee)
      Post Office Box 2140
      Fort Myers, FL  33902
      (T) 239-362-2755
4.    Benjamin E. Lambers (U.S. Trustee)
      Timberlake Annex
      501 E. Polk Street, Suite 1200
      Tampa, FL  33602
      (T) 813-228-2000
5.    Robert F. Elgidely (Trustee Counsel)
      2 S. Biscayne Blvd., Suite 2750
      Miami , FL 33131
      (T) 305-442-6540
6.    David Buckner
      3350 Mary Street
      Miami, FL  33133
      (T) 305-964-8003
7.    Seth Miles
      3350 Mary Street
      Miami, FL  33133
      (T) 305-964-8003
8.    Steve Berman
      1301 2nd Ave. Ste. 2000
      Seattle, WA  98101
      (T) 206-623-7292
9.    Tom Loesser
      1301 2nd Ave. Ste. 2000
      Seattle, WA  98101
      (T) 206-623-7292
10.   Vincent F. Alexander (Counsel For Class Counsel)
      110 SE 6th Street
      Fort Lauderdale, FL  33301
      (T)954-3371

May 22, 2020                                    Respectfully Submitted,

                                               /s/ Steven R. Yormak
                                               Steven R. Yormak/Creditor
                                               195 Dufferin Ave. 620
                                               London, ON N6A 1K7
                                               (t) 519 495-2050
                                               (f) 519 850-1583
                                               yormaklaw@aol.com

2

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served on May 22 , 2020, electronically through the Court's CM/ECF noticing system on all parties registered for electronic service including: Attorney for the Debtor, Richard J. Hollander, Esq., Miller and Hollander, 5278 Golden Gate Pkwy, Suite 2, Naples, FL 34116; Robert E Tardif, Jr., Esq., Trustee , Post Office Box 2140, Fort Myers, FL 33902; Robert F. Elgidely, Esq., Attorney for Trustee, Fox Rothschild LLP, 2 South Biscayne Boulevard, Suite 2750, Miami, FL 33131.;  Vincent F. Alexander , Counsel For Class Counsel, 110 SE 6th Street, Fort Lauderdale,  FL  33301 ; Benjamin E. Lambers , U.S. Trustee, Timberlake Annex,  501 E. Polk Street, Suite 1200 , Tampa, FL  33602.

/s/ Steven R. Yormak
Steven R. Yormak/Creditor
195 Dufferin Ave. 620
London, ON N6A 1K7
(t) 519 495-2050
(f) 519 850-1583
yormaklaw@aol.com

3